UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES A. GREENE,<br><br>       Plaintiff,<br><br>      -v-<br><br>WARNER MUSIC GROUP CORP.; MEGAN PETE P/K/A MEGAN THEE STALLION; ANTHONY WHITE AKA J WHITE DID IT; 1501 CERTIFIED ENTAINMENT,<br><br>       Defendants. | 23 Civ. 1555 (KPF)<br><br>**AMENDED ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

  Plaintiff, who is appearing *pro se*, brings this action under the Copyright Act, 17 U.S.C. § 101 *et seq.*, alleging that Defendants infringed the copyright of his musical composition. By order dated March 1, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

  Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process … in [IFP]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Warner Music Group Corp., Megan Pete, Anthony White, and 1501 Certified Entertainment, LLC through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant.  The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service.  *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

Plaintiff may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court.  The clinic is run by a private organization; it is not part of, or run by, the Court.  It cannot accept filings on behalf of the Court, which must still be made by any *pro se* party through the Pro Se Intake Unit.  A copy of the flyer with details of the clinic is attached to this order.

## CONCLUSION

The Clerk of Court is instructed to issue summonses for Defendants Warner Music Group Corp., Megan Pete, Anthony White, and 1501 Certified Entertainment, LLC, complete the USM-285 forms with the addresses for these defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

**SO ORDERED.**

Dated:  May 19, 2023
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge

**DEFENDANTS AND SERVICE ADDRESSES**

1. Warner Music Group Corp.
   CT Corporation
   330 N. Brand Boulevard
   Suite 700
   Glendale, CA 91203

2. Warner Music Group Corp.
   1633 Broadway
   New York, NY 10019

3. Megan Pete P/K/A Megan Thee Stallion
   540 W. 26th Street
   New York, NY 10001

4. Megan Pete P/K/A Megan Thee Stallion
   9000 Sunset Boulevard
   Suite 800
   West Hollywood, CA 90069

5. Anthony White AKA J White Did IT
   2446 Channel Isle Drive
   Garland, TX 75043

6. 1501 Certified Entertainment LLC
   Carl Crawford, Registered Agent
   15618 Bristol Lake Drive
   Houston, TX 77070

7. 1501 Certified Entertainment LLC
   207 Reinerman Street
   Houston, TX 77007