UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES A. GREENE,<br><br>                    Plaintiff,<br><br>               -v.-<br><br>WARNER MUSIC GROUP CORP., MEGAN PETE, ANTHONY WHITE, and 1501 CERTIFIED ENTERTAINMENT,<br><br>                    Defendants. | 23 Civ. 1555 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 10, 2023, the Court held a telephonic pre-motion conference with the parties to discuss Defendants' anticipated motions to dismiss. Consistent with the discussion in that conference, the Court directs the parties to adhere to the following schedule:

- Plaintiff may file an amended complaint on or before **November 10, 2023**;

- Defendants shall file their opening briefs on or before **December 22, 2023**;

- Plaintiff shall file his combined opposition to Defendants' opening briefs on or before **January 31, 2024**; and

- Defendants shall file their replies, if any, on or before **February 14, 2024**.

In light of Plaintiff's *pro se* status, Defendants are directed to provide him with electronic copies of all cases cited in their motion papers.

SO ORDERED.

Dated: October 10, 2023
         New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge